**Susan D. Pitchford, OSB No. 980911**
E-mail: sdp@chernofflaw.com
**Jack R. Scholz, OSB No. 135903**
E-mail: jscholz@chernofflaw.com
**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, OR 97201
Telephone: (503) 227-5631

**Mark J. Hebert** (*pro hac vice*)
E-mail: hebert@fr.com
**Matthew C. Berntsen** (*pro hac vice*)
E-mail: berntsen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070

**Attorneys for Defendant Bowtech, Inc.**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **MCP IP, LLC,**<br>Plaintiff,<br>v.<br>**BOWTECH, INC.,**<br>Defendant. | Case No. 6:17-CV-01896-TC<br><br>**DECLARATION OF SUSAN D. PITCHFORD IN SUPPORT OF BOWTECH, INC.'S RESPONSE TO MCP IP, LLC'S MOTION TO COMPEL**<br><br>**PATENT CASE** |
| **BOWTECH, INC.,**<br>Counterplaintiff,<br>v.<br>**MCP IP, LLC,**<br>**MATHEW McPHERSON,**<br>**MATHEWS ARCHERY, INC., and**<br>**SHERRY McPHERSON**<br>Counterdefendants. | |

**Declaration of Susan D. Pitchford**

I, Susan D. Pitchford, declare as follows:

1. I am a partner at the law firm of Chernoff Vilhauer LLP, which represents Defendant/Counterplaintiff Bowtech, Inc. (hereafter "Bowtech") in this matter. I make this declaration in support of Bowtech's Response to MCP IP, LLC's Motion to Compel. I have personal knowledge of the facts stated in this declaration. I am over the age of eighteen and would testify competently to the facts stated in this declaration if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence dated October 9, 2018 from Michelle Moran, counsel for MCP IP, LLC, Mathew McPherson, Mathews Archery, Inc., and Sherry McPherson (hereafter collectively "MCP"), to Matthew Berntsen, counsel for Bowtech.

3. Attached hereto as Exhibit B is a true and correct copy of an Application Data Sheet for U.S. Patent No. 9,644,918, which is one of the patents asserted by MCP in this case.

4. Attached hereto as Exhibit C is a true and correct copy of MCP's Second Notice of Inspection dated August 20, 2018.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence dated October 8, 2018 from Matthew Berntsen, counsel for Bowtech, to Michelle Moran, counsel for MCP.

6. Attached hereto as Exhibit E is a true and correct copy of an email dated October 17, 2018 from Matthew Berntsen, counsel for Bowtech, to Michelle Moran, counsel for MCP.

7. Attached hereto as Exhibit F is a true and correct copy of Bowtech's Objections and Responses to MCP's Second Notice of Inspection which was served on counsel for MCP on September 10, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of Bowtech's Objections and Responses to MCP's First Set of Requests for Production which was served on counsel for MCP on July 24, 2018.

9. Attached hereto as Exhibit H is a true and correct copy of a printout from the Mathews Archery Inc. website "patents.mathewsinc.com," accessed on October 15, 2018.

10. Attached hereto as Exhibit I is a true and correct copy of documents produced by MCP in this case bearing production numbers MCP 0004044 - 4045.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct.

DATED: October 18, 2018 Respectfully submitted,

/s/ *Susan D. Pitchford*
Susan D. Pitchford
E-mail: sdp@chernofflaw.com
**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, Oregon 97201
Telephone: (503) 227-5631

**Attorneys for Defendant Bowtech, Inc.**