**Susan D. Pitchford, OSB No. 980911**
E-mail: sdp@chernofflaw.com
**Jack R. Scholz, OSB No. 135903**
E-mail: jscholz@chernofflaw.com
**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, OR 97201
Telephone: (503) 227-5631

**Mark J. Hebert** (*pro hac vice*)
E-mail: hebert@fr.com
**Matthew C. Berntsen** (*pro hac vice*)
E-mail: berntsen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070

**Attorneys for Defendant/Counterplaintiff Bowtech, Inc.**
**In Lead Case.**

**Attorneys for Defendant Bowtech, Inc.**
**In Trailing Case.**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **MCP IP, LLC,**<br>Plaintiff in Lead Case,<br>v.<br>**BOWTECH, INC.,**<br>Defendant in Lead Case. | 6:17-cv-01896-TC (Lead Case)<br>6:18-cv-01087-TC (Trailing Case)<br><br>**DECLARATION OF SUSAN D. PITCHFORD IN SUPPORT OF BOWTECH, INC.'S MOTION TO COMPEL INSPECTION OF MCP'S OFFICES AND/OR REAL ESTATE**<br><br>**PATENT CASE** |
| **BOWTECH, INC.,**<br>Counterplaintiff in Lead Case,<br>v.<br>**MCP IP, LLC,**<br>**MATHEW McPHERSON,**<br>**MATHEWS ARCHERY, INC., and**<br>**SHERRY McPHERSON**<br>Counterdefendants in Lead Case. | |
| **MCP IP, LLC,**<br>Plaintiff in Trailing Case,<br>v.<br>**BOWTECH, INC.,**<br>Defendant in Trailing Case. | |

## I. DECLARATION OF SUSAN D. PITCHFORD

I, Susan D. Pitchford, declare as follows:

1. I am a partner at the law firm of Chernoff Vilhauer LLP, which represents Defendant/Counterplaintiff Bowtech, Inc. (hereafter "Bowtech") in this matter. I make this declaration in support of Bowtech's Motion to Compel Inspection of MCP'S Offices and/or Real Estate. I have personal knowledge of the facts stated in this declaration. I am over the age of eighteen and would testify competently to the facts stated in this declaration if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Bowtech's counsel Matthew Berntsen to MCP's counsel Michelle Moran on December 4, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of an email from MCP's counsel Michelle Moran to Bowtech's counsel Matthew Berntsen on December 13, 2018.

4. Attached hereto as Exhibit C is a true and correct copy of Bowtech's First Notice of Inspection, which was served on October 17, 2018.

5. Attached hereto as Exhibit D is a true and correct copy of MCP's Response and Objections to Bowtech's First Notice of Inspection, which was served on November 16, 2018.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Mathew McPherson, as filed in the Lead Case on May 24, 2018 as Dkt. No. 49.

7. Attached hereto as Exhibit F is a true and correct copy of MCP's 2018 annual report, dated July 3, 2018, and filed with the Secretary of State of South Dakota.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct.

Dated: January 22, 2019

Respectfully submitted

/s/ *Susan D. Pitchford*
Susan D. Pitchford
E-mail: sdp@chernofflaw.com
Jack R. Scholz
E-mail: jscholz@chernofflaw.com
**CHERNOFF VILHAUER LLP**
111 SW Columbia Street, Suite 725
Portland, OR 97201
Telephone: (503) 227-5631

Mark J. Hebert (*pro hac vice*)
E-mail: hebert@fr.com
Matthew C. Berntsen (*pro hac vice*)
E-mail: berntsen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070

**Attorneys for Defendant Bowtech, Inc.**